McSWEGAN et al. v. ASHLEY ENGINEERING CO.

(Supreme Court, Appellate Term.　February 23, 1900.)

APPEAL—QUESTIONS OF FACT.
　　A judgment will not be disturbed on appeal, where the appeal rests solely on questions of fact, and the evidence is sufficient to warrant the conclusions of the trial court.

Appeal from municipal court, borough of Manhattan, First district.

Action by Frank McSwegan and others against the Ashley Engineering Company.　From a judgment in favor of plaintiffs, defendant appeals.　Affirmed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GORMAN, JJ.

Tompkins & McFarlane, for appellant.
John S. Davenport, for respondents.

O'GORMAN, J.　This appeal rests entirely upon questions of fact, and, as there is sufficient evidence to warrant the conclusion of the court below, the judgment appealed from will not be disturbed.

Judgment affirmed, with costs.　All concur.